No. 537. GREAT AMERICAN INDEMNITY Co. v. FLENI-KEN ET AL. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Benj. B. Taylor* and *C. V. Porter* for petitioner. *Mr. Paul M. Peterson* for respondents.

No. 538. MONTGOMERY WARD & CO., INC. v. NATIONAL WAR LABOR BOARD ET AL. November 13, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Henry F. Butler, Stuart S. Ball,* and *John A. Barr* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Abraham J. Harris* for respondents.

No. 551. GOLDSMITH ET AL. v. COMMISSIONER OF INTERNAL REVENUE. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Montgomery B. Angell, Michael Halperin,* and *Marvin Lyons* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Harry Baum* for respondent.

No. 553. M. E. BLATT Co. v. NATIONAL LABOR RELATIONS BOARD. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Harry Cassman* for petitioner. *Solicitor General Fahy, Messrs. Walter J. Cummings, Jr., Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.